IN THE
UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MASSACHUETTES

DOCKET NO. 9710-331NG

Johanna Hines,
    Movant

-v-

United States of America,
    Respondent

MOTION TO VACATE,
SET ASIDE OR CORRECT
SENTENCE PURSUANT TO
TITLE 28 U.S.C. § 2255

HONORABLE COURT,

## JURISDICTION

Comes now, movant in pro se with Motion to Vacate, Set Aside or Correct Sentence of a wrongful imprisonment in violation of his First Constitutional Amendment Rights to liberty and freedom under the Due Process of the Law Clauses, pursuant to titl 28 U.S.C. § 2255, whereof, jurisdiction and adjudication by the Eastern District of Massachuettes are invoked.

## STATEMENT OF MOTION

Movant, comes now, with Statement of Motion to vacate, set aside or correct sentence as being unconstitutional and a wrongful imprisonment pursuant to Title 28 U.S.C. § 2255 as being that he was coerced into entering a nolo contendere plea to an alleged conspiracy to commit bank robbery by governmental agents and the

Motion page 2,

respondent whom offered to release him from confinement after serving 42 months of a then given 48 months sentence.

Movant, comes now, in Statement of Motion to vacate, set aside or correct sentence that he was coerced into entering a nolo contendere plea to an alleged conspiracy to commit bank robbery offense after the respondent's intorduction of evidence which was falsified and fraudulent hand writings, pictures and clothing he was dressed out in by the respondent during an official suspect lineup which were designed to make movant look more likely to be an offender to obtain a positive identification from witnesses, Which, several witnesses that were present could not identify the movant as the perpetrator or bank robber in the Eastern District of Massachuettes.

### STATEMENT OF FACTS

Comes now, movant in Statement of Facts in Motion to vacate, set aside or correct sentence pursuant to Title 28 U.S.C. § 2255 that if respondent had not coerced him into entering a nolo contendere plea by its releasing him after serving 42 months of a then given 48 months sentence that he would had been vindicated and acquitted by **2 HUNG JURIES** whom did not indict him and could not find his being guilty of conspiring to commit bank robbery and that movant would had been awarded relief for a wrongful imprisonment which violated his First Constitutional Amendment rights to liberty and freedom also under the Due Process of the Law Clauses of the Fifth and Fourteenth Constitutional Amendment rights.

Movant's, contention(s) in Statement of Facts are that sentence

Motion page 3,

should be vacated or set aside due to the facts that his nolo contendere plea was coerced wrongfully in violation of the Due Process of the Law Clauses by the respondent's introduction of false and fraudulent evidence such as hand writings, pictures which were altered and the clothing which he was told to wear to make him look more likely to be an offender in the present case of conspiring to commit bank robbery which was classified as a conspiracy which the movant was the only and sole alleged offender, where, **there were no co-defendants or co-conspriators of this bank robbery arrested niether were charged which a conspriacy is termed to be "a covert or overt act involving two or more persons"** in attempt to commit an violative act against government or persons of property.

### STANDARD OF REVIEW

Movant, comes now, in Standard of Review in which motion to vacate, set aside or correct sentence should be reviewed is that (1) his nolo contendere plea was coerced due to the circumstances that he was released after serving 42 months of a then given 48 months sentence, (2) is that his nolo contendere plea was coerced after the introduction of false and fraudulent evidence such as hand writings, pictures and clothing made to make movant look more of an offender and (3) is that movant was convicted of a conspiracy to commit bank robbery which requires an act between two or more persons where there were no com-defendants or co-conspirators which should cause the criminal action to be dismissed and movant to be compensated in relief award sought in Motion under Title 28 U.S.C. § 2255 now before the Eastern District of Massachuettes.

Case 1:04-cv-10269-NG   Document 1   Filed 02/06/2004   Page 6 of 8

Motion page 4,

## CONCLUSION

**ACCORDINGLY,** movant contend that he had been the subject of a wrongful imprisonment in violation of his First Constitutional Amendment rights and the Due Process of the Law Clauses, whereof, at this time the movant seeks a monetary compensation award of 3 million dollars for pyschiatric and psychological depression and emotional distress suffered as the result of a wrongful imprisonment in addition to double this amount in punitive damages for injury he sustained to be deliberated and acted upon by the Eastern District of Massachuettes.

Respectfully,

*Hines* 2/7/04
Johanna Hines
Movant


Johanna Hines
414 Columbus Av.
Boston MA. 02115
*Hines*

Case 1:04-cv-10269-NG    Document 1    Filed 02/06/2004    Page 8 of 8