```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JOHANNA HINES, ) | |
| ) | CIVIL ACTION NO. 04-10269-NG |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING AN
ANSWER (OR OTHER RESPONSIVE PLEADING) TO PETITIONER'S
<u>MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE</u>

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Antoinette E.M. Leoney, Assistant U.S. Attorney, respectfully moves that the Court enlarge the time in which the government may file an answer (or other responsive pleading) to petitioner's motion, pursuant to 28 U.S.C. §2255, to vacate, set aside or correct sentence with respect to the Court's Order, dated February 11, 2004, and docketed as #1. The government's was order to file a responsive pleading on or before March 2, 2004. A period of thirty (30) additional days is necessary for the undersigned counsel to prepare said response, and it is requested that the Court extend the filing date to April 1, 2004.

As grounds therefor, the undersigned states the following:

1.  Although the Court's Order is dated February 11, 2004, the

undersigned counsel did not receive a copy of said Order until February 22, 2004, upon her return from annual leave;

2. Petitioner's habeas petition is lengthy and consists of several grounds underlying his claim, and, thus, will require the government to conduct extensive research and review of the case file and transcripts in preparation of its answer (or other responsive pleading).

WHEREFORE, the government respectfully requests an enlargement of time, until April 1, 2004, for filing an answer (or other responsive pleading) to petitioner's motion to vacate, set aside or correct sentence.

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney


                          By:   /s/ Antoinette E.M. Leoney
                                ANTOINETTE E.M. LEONEY
Date: March 2, 2004             Assistant U.S. Attorney
```

### CERTIFICATE OF SERVICE

Suffolk, ss.                    Boston, Massachusetts
                                March 2, 2004

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing Government's Motion to Enlarge Time for Filing an Answer (or other Responsive Pleading) to Petitioner's Motion to Vacate, Set Aside or Correct Sentence, to the Petitioner, Johanna Hines, 414 Columbus Ave., Boston, MA 02116.

```
                                 /s/ Antoinette E.M. Leoney
                                ANTOINETTE E.M. LEONEY
                                Assistant U.S. Attorney
```