UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHANNA HINES, ) | |
| ) | CIVIL ACTION NO. 04-10269-NG |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE GOVERNMENT'S
MOTION TO DISMISS PETITIONER'S ACTION UNDER 28 U.S.C.
§ 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE**

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, request leave to file the Government's Motion to Dismiss Petitioner's Action under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence beyopnd the 20 days – March 2, 2004 – required by the Court's Order to file an answer/responsive pleading. The petitioner filed his *pro se* § 2255 motion on February 6, 2004.

The government received the petitioner's action and this Court's Order on February 11, 2004.  The Court ordered the government to file its answer/responsive pleading within 20 days of receipt of its Order.  On March 2, 2004, the government filed a motion for extension of time until April 1, 2004, within which to file its answer/responsive pleading, which is still pending.

Wherefore, the government respectfully requests that the Court grant the within motion for leave.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:  /s/ Antoinette E.M. Leoney
Antoinette E.M. Leoney
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Date: March 29, 2004          (617) 748-3100

CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                          March 29, 2004

   I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served by regular mail a copy of the foregoing Government's Motion to Dismiss Petitioner's Motion to Vacate, Set Aside or Correct Sentence, to the Petitioner, Johanna Hines (*Pro Se*), 414 Columbus Avenue, Boston, MA 02115.

 /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney