TO THE JUDGES PANEL, MY NAME IS JOHANNA HINES I WOULD LIKE TO STATE A FACT SEENURY. ON 3/30/04 I MR. HINES WAS STANDING WITH IN THE AREA OF THE COOLEDGE HOUSE 307 HUNTINGTON AVE, A DISPLAY ACCRD WITHIN MY PRESENTS A INTRAPMENT PITW MONEY PASTING IN AN ACT OF TAINTED DERECTING A TRANSACTION SEENURIES IMPOSING TO BE PICTURED UNLAWFULLY DISPIAY TO CAPTURED MY PRESENT STANDING AREA DISCRIBING, IN MY KNOLLOGE OR FEELINGS A SET UP PROFILE TO CAPITAVATE WITHIN TENT A CONSPIRICY CONSPIRING FORMAT DELUSION TO ITS SETTING, I THINK TO ARANGE. AREA 307 HUNTINGTON AV. A OFF WAY HOUSE WITCH I AM NOW CURRENTLY STAYING, IN THIS APPROACH, I REALY THINK OF MY SAFETS AT THIS TIME. I DO HAS A CIVIL ACTION MOTION IN THE HONORABLE NANCY GERTNER HONORABLE COURT RECORDING FACT. AGAINST WRONGFULLY ACT AGAINST MY FREEDOM OF RIGHTS 1ST AMENDMENT.

RESPECTFULY
JoHines

JOHANNA HINES
3/31/04