UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHANNA HINES,       )<br>    Petitioner,     )<br>                     )<br>    v.               )<br>                     )<br>UNITED STATES OF AMERICA,  )<br>    Respondent.      ) | Civ. No. 04-10269-NG |

GERTNER, D.J.:

### ORDER OF DISMISSAL

For the reasons outlined in this Court's May 1, 2004 electronic order, namely that the matter has been filed too late, respondent's motion to dismiss [document # 5] is **GRANTED**, and Johanna Hines's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 is **DISMISSED.**

**SO ORDERED.**

Dated: May 3, 2004             s/NANCY GERTNER, U.S.D.J.