DISTRICT OF MASSACHUSETTS

CASE NO. 04 CV 10269 NG.

TO THE HONORABLE NANCY GERTNER, YOUR HONOR I DO HAS A PLACE TO LIVE, I AM REQUESTING PERMISSION FOR A REVUE OF THIS CASE OF PROBBING STATUS, I CAN LIVE AT 6 WESTVILLE TERRES APT # 2 DOR 02124 WITH MY CHILD MOTHER, I AM WORKING TO MY FUTURE HOLDING WITH A CAREER IN THE MUSIC FIELDS YOUR I NEED THE ASHURANCE TO PROFARM MY TALIENT AN SKILLS I TRIED MY BEST WITHIN THE FIELS OF MUSIC, I WOULD LIKE TO MAKE A OBJECTION TO THE PROBATION ANGLING OF MY LEGAL RIGHTS WITH THE MOTION ALLOWED PRESERVING THE LEGAL ISHUES IN FROUNT OF YOUR HONORABLE COURT WITH RESPECT TO THESE HOLDINGS PLEASE CONSIDER MY RELEASE FROM THE COLEDGE HOUSE 307 HUNTINGTON AV. BOSTON MA. 02115 TO 6 WESTVILLE TERR. DOR. MA. 02124 NO. 617-474-0637 MS. KIMBERY JOHNSON MY CHILD MOTHER I HAVE SUBMITTED THIS ADDRESS BEFORE.   RESPECTFULLY

A DISTRICT JUDGE WOLF 12/26/03 JOHANNA HINES AS ALLOWED A MOTION OF CHIAOBIRAL FOR YOUR RECORD.
I AM REQUESTING A RESPOND TO ORD IF IT IS POSSABLE.
2/27/66 - 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

4/27/04

CASE NO. 04-CV10269 NG.

# BAY VIEW INN-VINFEN CORP.
# PROGRAM RULES
# REVISED SEPTEMBER 2003

1. All medications will be held and dispensed by or supervised by medication certified staff and is to be taken as prescribed.

2. Drug and alcohol use is not allowed and may result in medical clearance, detoxification, and loss of other program privileges. Additionally, random drug screening will be performed on all consumers.

3. Physical and/or verbal abuse of staff or other consumers will not be tolerated and may result in loss of program privileges.

4. Inappropriate and suggestive sexual comments or physical contact with staff or other consumers is not allowed.

5. Consumers are expected to keep all scheduled appointments with doctors and therapists and to participate in groups and activities offered at the program. Groups and activities participation will be determined by you and the program staff on your treatment team.

6. Consumers are expected to respect the property of others. Bay View Inn will provide you with the use of a locker, however, you are responsible for buying a lock in order to keep your valuables secure.

7. Food and beverages must be consumed in the dining room. No food may be kept in the bedrooms, however, dry food may be stored in your locker provided it is kept in a tightly sealed container.

8. Bay View Inn is a smoke-free program. There is no smoking permitted in the building or in any of the exit doorways. Smoking should be done in the smoking enclosure or on the patio.

9. Periodic wardrobe and locker checks may be conducted by staff to maintain cleanliness and hygiene within the shelter. All consumers are expected to clean up their living areas and make their beds daily before leaving the program, as well as contribute to the general upkeep of the program.

10. If a consumer wishes to leave the facility for any personal reason, staff are to be notified. Staff must know the whereabouts of consumers in order to ensure their safety and well-being. Consumers must sign the Ride List before leaving the program each morning.

11. Showers must be taken minimally every other day. Clothes should be changed daily and washed weekly. Laundry is to be done once a week, including clothing, bed linens, and towels.

I MR JOHANNA HINES, STATED AFTER READING THIS FORM, I WISH TO NOT ATTEND BAY VIEW INN AT THIS TIME I WISH TO MAKE A VIRBAL OBJECTION. I WISH FOR SOME PLACE MORE SUITEABLE IN GOOD FAITH. Hines. 4/10/04

CASE NO. 04-CV-10269 NG.

Coolidge House
307 Huntington Avenue - Boston, MA 02115
617-437-1967 phone    617-424-1391 fax



# PRA/MED Itinerary

Resident Name: __Shauna Hines__    Reg#: __18767-038__

Case Manager: __Adelina M. Martinez__    Date of appt: __4/27/04__

**\*\*PLEASE NOTE THAT ONLY YOUR ASSIGNED CASE MANAGER CAN APPROVE THIS FORM\*\***

| Contact Person/Doctor Phone # 617-748-9587 | Location Name Complete Address | Appt Time |
|---|---|---|
| 617-748-9587 | US District Court, Courthouse Way Boston, MA 02110 | 2:30 |
| | | |
| | | |
| | | |

Method of Transportation (if taking a train, please provide the schedule): __Train__

The above resident is approved to leave Coolidge House at __2:00 p__ and will return to the program at __4:00 p__. During these hours the resident is required to: call on arrival to their first site, call EVERY 2 hours, and call on departure from their last site. Failure to do so will result in the resident returning to the program and a possible incident report.

Approved by: __V. Richmond__    Date: __4/27/04__

Each resident is required to record the outcome of EACH site on this itinerary.
(Please use the other side of this form)