04 CV 10269-NG

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 22, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOHANNA HINES, 18757-038
      COOLIDGE HOUSE
      307 HUNTINGTON AVENUE
      BOSTON, MA 02115


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 328372-R1          REGIONAL APPEAL
DATE RECEIVED  : FEBRUARY 17, 2004
SUBJECT 1      : OTHER SENTENCE COMPUTATION
SUBJECT 2      : OTHER JAIL TIME CREDIT
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : THIS ISSUE MUST FIRST BE ADDRESSED BY THE CCM
                 IN PROPER FORM.


OBJECTION PLEASE DERECT. THIS OBJECT.
NO. EXIBITS

Johanna. Hines.
DATE 3/29/04.
Hines